1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-00488 CW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS HEARING** |
| vs. | ) | **AS MODIFIED** |
| | ) | |
| ANDRE MATTHEWS, et al. | ) | Hearing Date: September 26, 2007 |
| | ) | Requested Date: October 24, 2007 |
| Defendant. | ) | |

It is hereby stipulated that the STATUS hearing date of September 26, 2007 be continued to October 24, 2007 at 2:30 p.m. In addition, the parties stipulate and agree that time should be excluded between September 26, 2007 and October 24, 2007 due to the ongoing investigation by defense counsel. Approximately 4000 pages of discovery have been produced to defense counsel in electronic form. Not all of this has been printed. Seven CD-ROM's of discovery are forthcoming this week. The parties understand the court's preference for setting of motions by stipulation; however, the parties are not in a position to assess the time needed for discovery review or motions preparation. The parties will attempt to propose a motions schedule by stipulation prior to the requested next appearance.

Stip to Continue, 07-00488 CW                                    1

1    The parties agree that the ends of justice served by the continuance requested herein
2 outweigh the best interest of the public and the defendant in a speedy trial because the failure to
3 grant the continuance would deny the counsel for the defendant the reasonable time necessary
4 for effective preparation, taking into account the exercise of due diligence.  Time should
5 therefore be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

_____    _____/s/_____
Date                              John Paul Reichmuth
                                  Assistant Federal Public Defenders
                                  Counsel for defendant Johnson

_____    _____/s/_____
Date                              Richard Tamor
                                  Counsel for defendant Bacon

_____    _____/s/_____
Date                              Michael Hinckley
                                  Counsel for defendant Green

_____    _____/s/_____
Date                              Garrick Lew
                                  Counsel for defendant Alexander

_____    _____/s/_____
Date                              Gail Shifman
                                  Counsel for defendant Kautzman

_____    _____/s/_____
Date                              John Hemann
                                  Counsel for defendant Matthews

_____    _____/s/_____
Date                              Laura Robinson
                                  Counsel for defendant Enriquez

_____    _____/s/_____
Date                              Mark Goldrosen
                                  Counsel for defendant Reyes

| Date | /s/ Seth Chazin<br>Counsel for defendant Williams |
|---|---|

| Date | /s/ Keslie Stewart<br>Assistant United States Attorney |
|---|---|

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.     /S/ John Paul Reichmuth
Counsel for Defendant Alicia Johnson

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the parties continue to investigate the new discovery, and because the parties are engaging in settlement discussions.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of September 26, 2007 be continued to October 24, 2007 at **2:00 p.m.** and that time be excluded from September 26, 2007 to October 24, 2007 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

| 9/26/07 | [signature] Claudia Wilken |
|---|---|
| Date | Honorable Claudia Wilken<br>Judge, United States District Court<br>Northern District of California |

Stip to Continue, 07-00488 CW                              3