BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JOHNSON


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00488 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |
| vs. | |
| ANDRE MATTHEWS, et al. | Hearing Dates: March 12 & 19, 2008 |
| Defendant. | Requested Date: April 9, 2008 |

It is hereby stipulated that the STATUS/CHANGE OF PLEA hearing date of March 12, 2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00 p.m. for CHANGES OF PLEA OR MOTIONS. In addition, the parties stipulate and agree that time should be excluded between March 12, 2008 and April 9, 2008 due to the ongoing investigation by defense counsel. Two new discs of electronic discovery have been produced by the government within the week of March 3, 2008, and defense counsel need time to review this material. Approximately 4000 pages of discovery have been previously been produced to defense counsel in electronic form. This electronic discovery has been converted to OCR searchable form by defense counsel and distributed to all defense counsel.

1       The parties agree that the ends of justice served by the continuance requested herein

2    outweigh the best interest of the public and the defendants in a speedy trial because the failure to

3    grant the continuance would deny the counsel for the defendant the reasonable time necessary for

4    effective preparation, taking into account the exercise of due diligence.  Time should therefore be

5    excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

6

7    <u>03-07-08</u>                        <u>/s/</u>
    Date                             John Paul Reichmuth

8                                 Assistant Federal Public Defenders
                                 Counsel for defendant Johnson

9

10

11    <u>03-07-08</u>                      <u>/s/</u>
    Date                             Richard Tamor

12                                   Counsel for defendant Bacon

13    <u>03-07-08</u>                      <u>/s/</u>
    Date                             Garrick Lew

14                                   Counsel for defendant Alexander

15    <u>03-07-08</u>                      <u>/s/</u>
    Date                             Gail Shifman

16                                   Counsel for defendant Kautzman

17

18    <u>03-07-08</u>                      <u>/s/</u>
    Date                             John Hemann

19                                   Counsel for defendant Matthews

20    <u>03-07-08</u>                      <u>/s/</u>
    Date                             Laura Robinson

21                                   Counsel for defendant Enriquez

22

23    <u>03-07-08</u>                      <u>/s/</u>
    Date                             Mark Goldrosen

24                                   Counsel for defendant Reyes

25    <u>03-07-08</u>                      <u>/s/</u>
    Date                             Seth Chazin

26                                   Counsel for defendant Williams

1

2

03-07-08 _____                              /s/
Date                                         Ismail Ramsey
                                             Counsel for defendant Arnold

3

4

03-07-08 _____                              /s/
Date                                         Diana Weiss
                                             Counsel for defendant Green

5

6

7

03-07-08                                                /s/
Date                                         Keslie Stewart
                                             Assistant United States Attorney

8

9

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
within this efiled document.                    /S/ John Paul Reichmuth

10

_____                          Counsel for Defendant Alicia Johnson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court makes this finding because the parties continue to investigate the new discovery, which is voluminous.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS/CHANGE OF PLEA hearing date of March 12, 2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00 p.m. for CHANGES OF PLEA OR MOTIONS and that time be excluded from November 28, 2007 to January 9, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

_____                    _____
Date                                                       Hon. Claudia Wilken
                                                             United States District Judge