UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
APR - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number           CR-07-00488 CW
Defendant's Name      Danielle Reyes
Defense Counsel       Mark Goldrosen
Referral Date         4/9/08
Sentencing Date       7/23/08          @ 2:00 pm

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a          **X** Presentence Investigation

___ Pre-Plea Report

___ Bail Investigation

___ Bail Supervision

___ Postsentence Investigation

___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S,</u> **before leaving the Courthouse today** to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: ___SHEILAH CAHILL___
Deputy Clerk

for use of Courtroom Deputies:

Is defendant in custody:  No

Is defendant English-speaking?  Yes

cc: U. S. Probation