1  MARK GOLDROSEN, Bar No. 101731
   Attorney at Law
2  255 Kansas Street, Suite 340
   San Francisco, CA  94103
3  Tel: (415) 565-9600
   Fax: (415) 565-9601
4
   Attorney for Defendant
5  DANIELLE REYES

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        OAKLAND VENUE

10

11 UNITED STATES OF AMERICA,          )   NO. CR-07-00488-CW
                                      )
12             Plaintiff,              )
                                      )   APPLICATION TO AMEND
13 vs.                                )   CONDITIONS OF RELEASE
                                      )   RE:  TRAVEL RESTRICTION
14 DANIELLE REYES,                    )
                                      )
15             Defendant.              )
                                      )
16                                    )
                                      )
17                                    )
   _____    )
18

19        I, Mark Goldrosen, declare the following to be true:

20        1. I am an attorney at law, duly admitted to practice before this court.  I have been

21 appointed to represent Danielle Reyes in the above entitled matter.

22        2. Ms. Reyes has pled guilty to violating 18 U.S.C. § 1028(f) (conspiracy to unlawfully

23 transfer or use a means of identification of another) and is awaiting sentencing on July 23, 2008.

24 The plea agreement made pursuant to Rule 11(c)(1)(C) contemplates a sentence of three years

25 probation with six months of home detention as a condition of probation.

26        3. Ms. Reyes is presently out of custody having been released on a $50,000 unsecured

27 bond.  Conditions of the defendant's release include that she not travel outside the Northern

28 District of California.

4. To date, Ms. Reyes has complied with all conditions of her release and has made all required appearances before this Court.

5. Ms. Reyes is requesting that she be permitted to travel outside the Northern District beginning no sooner than Saturday, July 12, 2008 and returning no later than Monday, July 21, 2008. I am informed and believe to be true that the purpose of Ms. Reyes' requested travel is to vacation with her children and grandmother at the home of her Aunt, Diana Elfselder, at 1042 Helen Thompson Road, Sandpoint, Idaho, 83864. If this request is approved, Ms. Reyes will purchase plane tickets and provide a copy of her itinerary to her pretrial services officer, Hence Williams, prior to departure. In Idaho, Ms. Reyes will be reachable by telephone at (208) 253-0798.

6. Hence Williams, U.S. Pretrial Services Officer, informed me that he has no objection to Ms. Reyes' request for a modification of her conditions of release to permit travel to Idaho for the purpose of Ms. Reyes vacationing with her family.

7. Keslie Stewart, the Assistant United States Attorney prosecuting the case, informed me that the government has no objection to Ms. Reyes's request for travel if it is not opposed by U.S. Pretrial Services.

Accordingly, it is respectfully requested that the defendant be permitted to travel outside the Northern District, leaving no sooner than July 12, 2008 and returning no later than July 21, 2008, so that she can vacation in Idaho with her family.

I declare under penalty of perjury that the foregoing facts are true and correct, and if called to testify as a witness would testify as set forth herein.

Executed on this 7th day of July, 2008, in San Francisco, California.

Respectfully submitted,

/s/ Mark Goldrosen
MARK GOLDROSEN
Attorney for Defendant
DANIELLE REYES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

```
 1  MARK GOLDROSEN, Bar No 101731
    Attorney at Law
 2  255 Kansas Street, Suite 340
    San Francisco, CA  94103
 3
    Tel: (415) 565-0112
 4  Fax: (415) 565-9601

 5  Attorney for Defendant
    DANIELLE REYES
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| UNITED STATES OF AMERICA, | ) NO. CR-07-00488-CW |
|---|---|
| Plaintiff, | ) |
| vs. | ) {PROPOSED] ORDER TO AMEND<br>) CONDITIONS OF RELEASE<br>) RE:  TRAVEL RESTRICTION |
| DANIELLE REYES, | ) |
| Defendant. | ) |

FOR GOOD CAUSE HAVING BEEN SHOWN, AND BASED ON THE CONCURRENCE OF THE GOVERNMENT AND THE UNITED STATES PRETRIAL SERVICES, the travel restrictions imposed by the defendant's release bond may be lifted for the dates July 12-21, 2008, so that the defendant may travel to Idaho for vacation with her family. After purchasing plane tickets, the defendant must provide a copy of her itinerary to her pretrial services officer, Hence Williams, prior to departure.  In Idaho, the defendant will stay with her aunt, Diana Elfselder, at 1042 Helen Thompson Road, Sandpoint, Idaho, 83864,  telephone number (208) 253-0798. All other conditions of release are to remain in effect unless, and until,

\\

\\

1 | further Order of this Court is made.
2 | DATED: July ___, 2008

                    PHYLLIS J. HAMILTON
                    United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby declares under penalty of perjury that: I am a citizen of the United States, over the age of eighteen, and not a party to the within action. My business address is 255 Kansas Street, Suite 340, San Francisco, CA 94103.

On July 7, 2008, I served the foregoing

APPLICATION TO AMEND CONDITIONS OF RELEASE RE: TRAVEL RESTRICTION

ORDER AUTHORIZING MODIFICATION OF RELEASE CONDITIONS

by causing to be electronic filing or by placing in a sealed envelope with prepaid postage thereon, in the United States mail, in San Francisco, California, and addressed as shown below.

Kelsie Stewart - ELECTRONIC NOTICE
Assistant United States Attorney
450 Golden Gate Avenue, 11th Floor
Box 36055
San Francisco, CA 94102-3495

Hence Williams - MAILED
U.S Pretrial Services Officer
1301 Clay Street, Suite 100C
Oakland, CA 94612

Executed on July 7, 2008 at San Francisco, CA

/s/ Mark Goldrosen
MARK GOLDROSEN