IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIELLE REYES,<br><br>    Defendant. | NO. CR-07-00488-CW<br><br>ORDER TO AMEND CONDITIONS OF RELEASE RE: TRAVEL RESTRICTION |

FOR GOOD CAUSE HAVING BEEN SHOWN, AND BASED ON THE CONCURRENCE OF THE GOVERNMENT AND THE UNITED STATES PRETRIAL SERVICES, the travel restrictions imposed by the defendant's release bond may be lifted for the dates July 12-21, 2008, so that the defendant may travel to Idaho for vacation with her family. After purchasing plane tickets, the defendant must provide a copy of her itinerary to her pretrial services officer, Hence Williams, prior to departure. In Idaho, the defendant will stay with her aunt, Diana Elfselder, at 1042 Helen Thompson Road, Sandpoint, Idaho, 83864, telephone number (208) 253-0798. All other conditions of release are to remain in effect unless, and until, further Order of this Court is made.

DATED: July 8, 2008

*/s/ Claudia Wilken*

CLAUDIA WILKEN
United States District Judge