1  MARK GOLDROSEN, SBN 101731
   255 Kansas Street, Suite 340
2  San Francisco, California 94103
   Tel: (415) 565-9600
3  Fax: (415) 565-9601

4  Attorney for Defendant
   DANIELLE REYES
5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                            OAKLAND VENUE

9

10 UNITED STATES OF AMERICA,      )   No. CR-07-00488-10 CW
                                  )
11         Plaintiff,             )   DEFENDANT REYES'S
                                  )   SENTENCING MEMORANDUM
12    vs.                         )
                                  )
13                                )
   DANIELLE REYES,        .       )
14                                )
                                  )
15         Defendant.             )
                                  )
16                                )
                                  )   .
17                                )   DATE: July 23, 2008
                                  )   TIME: 2:00 a.m.
18 _____)    DEPT: Hon. Claudia Wilkins

19         Defendant DANIELLE REYES remorsefully appears before this Court for entry of judgment

20 and sentencing.

21         A plea agreement was made by the parties pursuant to Rule 11(c)(1)(C) of the Federal Rules

22 of Criminal Procedure. That agreement contemplates a sentence that includes three years of

23 supervised probation, six months home detention with electronic monitoring, restitution, a $100

24 special assessment, and other conditions of probation.

25         The presentence report agrees with a sentence of probation and home detention, and

26 recommends specific conditions of probation. Ms. Reyes agrees with the recommended conditions,

27 with one exception. While Ms. Reyes understands and accepts her responsibility to make restitution,

28 she is concerned about her present ability to make payments in the recommended amount of $100

1  per month.  As explained in the presentence report, Ms. Reyes has no assets and is currently
2  unemployed while caring for her infant child.  Her sole source of income is $800 per month from
3  the "Cal Works" assistance program, $600 of which she pays to her grandmother for rent.  Ms. Reyes
4  has a balance of only $200 to support herself and her children.  With such limited resources, Ms.
5  Reyes will be unable to make a monthly payment of $100.  Ms. Reyes therefore requests that her
6  monthly payments be deferred, or at least reduced, until she is able to return to work.

7  In all other respects, Ms. Reyes has no objections to the presentence report and does not
8  dispute any material facts contained therein.

9  As stated in the probation officer's report, the requested sentence falls within the sentencing
10  guidelines and is reasonable under the factors set forth in 18 U.S.C. § 3553(a).  Ms. Reyes, who is
11  33 years old, is the mother of seven children (ages three months to 17 years), four of whom live with
12  her.  She has no criminal history except for a drug possession charge for which she successfully
13  completed a diversion program in 2005. Ms. Reyes was raised under difficult family circumstances.
14  She never knew her father who abandoned her at the time of her birth.  Her mother was addicted to
15  drugs and unable to raise her.  Ms. Reyes was raised by her maternal grandmother in a home filled
16  with domestic violence.  She often saw her grandmother physically and verbally abused by her
17  grandfather.  At age nine, she witnessed the rape of one of her friends, which caused her great
18  anxiety and required her to be counseled for Post Traumatic Stress Syndrome.  Ms. Reyes developed
19  a substance abuse problem that lasted from age 18 through the date of her arrest, with intermittent
20  periods of sobriety.

21  Ms. Reyes understands that her conduct in this case was wrong and is extremely remorseful.
22  She is committed to taking advantage of the rehabilitation opportunities provided by probation.  It
23  is very much her desire to lead a sober and law-abiding life, to be a good mother to her children, and
24  \\
25  \\
26  \\
27  \\\\
28

- 2 -

1  to obtain vocational training.

2  DATED: July 17, 2008                    Respectfully submitted,

3

4                                              /s/ Mark Goldrosen
                                             MARK GOLDROSEN
5                                            Attorney for Defendant
                                             DANIELLE REYES
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, the undersigned say:

I am a citizen of the United States and employed in the County of San Francisco, State of California; I am over the age of 18 years and am not a party to the within action; my business address is 255 Kansas Street, Suite 340, San Francisco, CA 94103.

On July 17, 2008, I personally served a true copy of SENTENCING MEMORANDUM on the parties below by electronic mail or by depositing a true copy of the original thereof enclosed in a sealed envelope with postage fully prepaid, in the United States mail at San Francisco, California, addressed as follows:

KESLIE STEWART
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612

BRIAN D. CASAI
U.S. Probation Officer
1301 Clay Street, suite 2205
Oakland, CA 94612

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2008 at San Francisco, California..


   /s/ Mark Goldrosen
MARK GOLDROSEN