```
1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: Keslie.Stewart@usdoj.gov
8
   Attorneys for the United States of America
9
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0488 CW |
| Plaintiff, ) | UNITED STATES' SENTENCING MEMORANDUM |
| v. ) | |
| DANIELLE REYES, ) | |
| Defendant. ) | |

Consistent with paragraphs 8 and 14 of the parties' Rule 11(c)(1)(C) plea agreement, the United States recommends a sentence of three years probation with six months home detention as a condition of probation (with other conditions to be fixed by the Court); no fine; $100 special assessment; and restitution in the amount of $19,169.69 as set forth in the Probation Officer's Presentence Report.

DATED: July 22, 2008                    Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        _____/s/_____
                                        KESLIE STEWART
                                        Assistant United States Attorney

U.S. v. REYES (CR-07-0488 CW)
SENTENCING MEMORANDUM