UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND CALIFORNIA

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Lee-Anne Shortridge
**Date:** 7/23/08

**Plaintiff:** United States

**v.**                                                      **No.** CR-07-00488 CW

**Defendant:** Danielle Reyes (present)


**Appearances for Plaintiff:**
Christine Wong for Keslie Stewart

**Appearances for Defendant:**
Mark Goldrosen

**Probation Officer:**
Brian Casai

**Hearing: Sentencing**

**Notes:** Defendant and counsel have read PSR; no factual disputes. Court finds Offense Level 10, Criminal History I, leading to a Guideline Range of 6 to 12 months. Based on the PSR and binding plea agreement, the Court places the defendant on 3 years probation under the usual terms and conditions and with the special condition the defendant be placed on 6 months Home Detention with Electronic Monitoring (cost of monitoring is waived) and other special conditions as set forth in the PSR. No fine imposed due to lack of ability to pay a fine and amount of restitution. Defendant to pay restitution in the amount of $19,169.69 as set forth in the PSR. Defendant shall pay $50 per month for the first year and $100 a month thereafter. Defendant to pay $100 special assessment due immediately. Any remaining counts are dismissed. See J&C for details.

Copies to: Chambers