07/28/2008 01:56 PM EST

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

Oakland

FILED
JUL 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN407CR000488 | | US VS MATTHEWS ET AL. | | | | | | | |
| 004 | ALICIA JOHNSON | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 44611002124 | 1 | PR | 100.00 | 04/25/2008 |
| 006 | KENYATA WILLIAMS | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 44611002433 | 1 | PR | 100.00 | 07/23/2008 |
| 007 | ASHAKI GREEN | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611002048 | 1 | PR | 25.00 | 04/09/2008 |
| 010 | DANIELLE REYES | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 44611002430 | 1 | PR | 100.00 | 07/23/2008 |
| | | | | | | | Division Payment Total | | 325.00 | |
| | | | | | | | Grand Total | | 325.00 | |

$ 100.00  SPECIAL ASSESSMENT
         PAID IN FULL  on 7/23/08

Page 1  of  1